**Peter J. BRENNAN, Secretary of Labor, United States Department of Labor, Plaintiff-Appellant,**

v.

**Edward F. MAULDIN, in his Individual capacity and as Administrator of the Estate of Leonard S. Preuit, Defendant-Appellee.**

No. 72–3517.

United States Court of Appeals, Fifth Circuit.

June 15, 1973.

Rehearing and Rehearing En Banc Denied Aug. 7, 1973.

Richard F. Schubert, Sol. of Labor, U.S. Dept. of Labor, Washington, D.C., Beverley R. Worrell, Regional Sol., U.S. Dept. of Labor, Atlanta, Ga., Sandra P. Bloom, Dept. of Justice, Washington, D.C., Norman H. Winston, Associate Regional Sol., George D. Palmer, Atty., U.S. Dept. of Labor, Birmingham, Ala., Carin Ann Clauss, Donald S. Shire, Dept. of Labor, Washington, D.C., for plaintiff-appellant.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

E. B. Haltom, Jr., Donald H. Patterson, Florence, Ala., for defendant-appellee.

Before AINSWORTH, GODBOLD and INGRAHAM, Circuit Judges.

PER CURIAM:

We are in agreement with the well reasoned Memorandum Opinion of the district court, Hodgson v. Mauldin, 344 F.Supp. 302 (1972), and its judgment is affirmed.